**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-2004**
_____

KESIENA TANI

                    Plaintiff - Appellant,

         v.

BRIAN CEDAR, Lieutenant, Maryland State Police; ST. MARY'S
COUNTY; ST. MARY'S COUNTY SHERIFF'S DEPARTMENT; DAVID ZYLAK,
Former St. Mary's County Sheriff; CALVERT COUNTY; CALVERT
COUNTY SHERIFF'S DEPARTMENT; MIKE EVANS, Calvert County
Sheriff; MIKE A. JONES, Deputy, Badge #3958, Calvert County;
RICKEY COX, Deputy, Badge #4064, St. Mary's County; SCOTT M.
BROWN, Deputy, Badge #4073, Calvert County; KEITH D. MORITZ,
Deputy, Badge #0157, St. Mary's County; STEVE JONES, Trooper
1st Class, Badge #9752, Maryland State Police; RICKY THOMAS,
1st Sergeant, Badge #0422, Calvert County; JOHN J. KIRKNER,
Deputy 1st Class, Badge #0133, St. Mary's County; CHRIS M.
SLOAN, Deputy 1st Class, Badge #6865, Calvert County; JASON
ELLIOTT, Deputy 1st Class, Badge #3236, Calvert County; TODD
L. FLEENOR, Deputy 1st Class, Badge #0145, St. Mary's
County; MIKE P. NAECKER, Deputy 1st Class, Badge #3207,
Calvert County; JOHN D. HORNE, Deputy 1st Class, Badge
#0021, St. Mary's County; JOHN R. SHOEMAKER, Deputy 1st
Class, Badge #0041, St. Mary's County; PHILIP JOSEPH,
Sergeant, Badge #0056, St. Mary's County,

                    Defendants - Appellees.

                    _____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.
(1:07-cv-01924-CCB)

_____

Submitted:  July 28, 2009          Decided:  August 12, 2009

_____

Before GREGORY and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Kesiena Tani, Appellant Pro Se. Hugh Scott Curtis, Assistant Attorney General, Donald Eugene Hoffman, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Pikesville, Maryland; Daniel Karp, KARPINSKI, COLARESI & KARP, P.A., Baltimore, Maryland; John Francis Breads, Jr., Hanover, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kesiena Tani appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Tani v. Cedar</u>, No. 1:07-cv-01924-CCB (D. Md. March 31, 2008 & Aug. 8, 2008) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>